# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

NATHANIEL HARRIS ,

    Petitioner,

v.

WISCONSIN DIALYSIS INC. and
JACQUELIN SIMMONS,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-283-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____6/17/08_____
Date